**Lateshia PATILLO Plaintiff-Appellant**

v.

**SYSCO FOODS OF ARKANSAS LLC Defendant-Appellee**

1. The Honorable James E. Gritzner, United States District Judge for the Southern District

**Equal Employment Opportunity Commission Amicus on Behalf of Appellant**

**No. 17-1110**

United States Court of Appeals, Eighth Circuit.

Submitted: November 16, 2017

Filed: December 6, 2017

Lateshia Patillo, Pro Se

Dennis P. Duffy, Baker & Hostetler, Houston, TX, John T. Holleman, Holleman & Associates, P.A., Little Rock, AR, for Defendant-Appellee

Jeremy D. Horowitz, Equal Employment Opportunity Commission, Office of General Counsel, Washington, DC, for Equal Employment Opportunity Commission Amicus on Behalf of Appellant(s)

Before SHEPHERD, MURPHY, and KELLY, Circuit Judges.

## PER CURIAM.

Lateshia Patillo appeals the district court's order dismissing her employment-discrimination action, for failure to exhaust administrative remedies. Upon de novo review, see Blakley v. Schlumberger Tech. Corp., 648 F.3d 921, 931 (8th Cir. 2011), we vacate the dismissal order and remand the case to the district court. The court is instructed to reconsider the issues in this case, including whether an intake questionnaire Patillo filed with the Equal Employment Opportunity Commission constituted a valid administrative charge of discrimi-

of Iowa.

nation, in light of Supreme Court precedent including Fed. Express Corp. v. Holowecki, 552 U.S. 389, 128 S.Ct. 1147, 170 L.Ed.2d 10 (2008), and Edelman v. Lynchburg Coll., 535 U.S. 106, 122 S.Ct. 1145, 152 L.Ed.2d 188 (2002).